JUDGE SULLIVAN

**07 CIV 9844**

Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Plaintiff Sinoriches Global Limited
225 West 34th Street, Suite 402
New York, New York 10122
Telephone:    (646) 329-0120
Facsimile:    (646) 328-0121
William R. Bennett, III  (WB 1383)
wbennett@bgmplaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SINORICHES GLOBAL LIMITED,

                Plaintiff,

  - against -

KIN KI INTERNATIONAL INDUSTRIAL LTD.,
WINLAND SHIPPING CO., LTD. (HK), and
WINLAND GROUP,

                Defendants.
-----------------------------------------------------------X

07-CIV-

**ORDER FOR APPOINTMENT
TO SERVE PROCESS OF
MARITIME ATTACHMENT
AND GARNISHMENT**

    Plaintiff, having moved for an Order pursuant to Fed. R. Cic. P. Rule 4(c) appointing William R. Bennett, III or any other person appointed by Bennett, Giuliano McDonnell & Perrone, LLP, to serve process of attachment and garnishment in this matter, and it appearing from the affidavit of William R. Bennett, III, Esq., that such appointment will result in substantial economies in time and expense,

    **NOW**, on motion of Bennett, Giuliano, McDonnell & Perrone, LLP, attorneys for plaintiff, it is

    **ORDERED** that William R. Bennett, III or any other person at least 18 years of age and not a party to this action, appointed by Bennett, Giuliano, McDonnell & Perrone, LLP, be and hereby is appointed to serve process of attachment and garnishment in this matter.

Dated: New York, New York
       November 8, 2007

_____
U.S.D.C.J.

Z:\Documents\All Files\D732 Winland\Pleadings\OrdApptSrvProcMrtmAtchmtGrnmt-110507.doc

CERTIFIED COPY
J. MICHAEL McMAHON,                CLERK

BY _____
          DEPUTY CLERK