UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SINORICHES GLOBAL LIMITED,

                    Plaintiff,

-v-

KIN KI INTERNATIONAL INDUSTRIAL LIMITED, *et al.*,

                    Defendants.

No. 07 Civ. 9844 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

RICHARD J. SULLIVAN, District Judge:

At the conference on May 2, 2008, the Court adopted the following schedule:

    Plaintiff's time to effectuate the attachment is extended to September 2, 2008.

    If plaintiff succeeds in attaching any assets, plaintiff shall advise the Court by letter within 24 hours of the attachment.

    If plaintiff has not attached any assets by August 22, 2008, plaintiff shall submit a status letter to the Court on or before August 22, 2008.

SO ORDERED.

Dated:     May 2, 2008
            New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE