UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/09
```

SINORICHES GLOBAL LIMITED,

                     Plaintiff,

-v-

KIN KI INTERNATIONAL INDUSTRIAL LIMITED, *et al.*,

                     Defendants.

No. 07 Civ. 9844 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Before the Court is Plaintiff's March 3, 2009 letter, which indicates that "[d]ue to a law office error, we failed to inform the Court that funds in the amount of $68,950.00 . . . were attached on November 16, 2007." Accordingly, this case shall be re-opened. Plaintiff shall submit a letter, to be *received* no later than Friday, April 10, informing the Court of the status of the arbitration proceedings between the Parties. It is further ordered that Plaintiff's request for an Order for Process of Maritime Attachment and Garnishment is denied without prejudice, as Plaintiff's submission of a letter, as opposed to filing an affidavit, does not comport with Rule B. The Clerk of the Court is respectfully requested to designate this case as open.

SO ORDERED.

Dated:    March 4, 2009
            New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES DISTRICT JUDGE